**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Levi Rosenbaum, | No. CV-22-02072-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Bank of America NA, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Joint Motion to Strike Plaintiff's Response and Proposed Third Amended Complaint ("PTAC"). (Doc. 46). Plaintiff has not responded. The Court now rules.

**I.    BACKGROUND**

On March 6, 2024, Plaintiff filed a Response, (Doc. 44), to Defendants' Motion to Dismiss, (Doc. 35), and attached a PTAC per the Court's February 21, 2024, Order at Doc. 42. In that Order, the Court instructed Plaintiff that if he wishes to file a third amended complaint, he should address how that amended complaint would cure the deficiencies in his Second Amended Complaint ("SAC"). (*See* Doc. 42 at 2). Defendants now move to strike Plaintiff's Response and the PTAC.

**II.   DISCUSSION**

In their Motion to Strike, Defendants assert that Plaintiff has failed to comply with the Local Rules in his Response and attached proposed third amended complaint. (Doc. 46). Specifically, Defendants state:

      the Local Rules require filings to be in the following format (LRCiv 7.1(b)) and length (LRCiv 7.2(e)):
1. They shall be double-spaced and, more specifically, "they shall not be single-spaced except for footnotes and indented quotations");
Plaintiff's Response is single-spaced;
2. They shall not exceed 28 lines per page;
Plaintiff's Response is approximately 44 lines per page;
3. They shall be in a font size no small than 13 point; and
Plaintiff's Response is, generally, 11 point (Calibri) font;
4. Responsive memoranda may not exceed 17 pages;
Plaintiff's Response is 34 pages.

(Doc. 46 at 2).

A party may "seek[] to strike any part of a filing or submission on the ground that it is prohibited (or not authorized) by a statute, rule, or court order." LRCiv 7.2(m)(1).

After reviewing Plaintiff's Response and PTAC, the Court agrees that Plaintiff's filings do not comply with the Local Rules in the ways stated above in Defendants' Motion. Beyond what Defendants point out above, the PTAC also does not comply with Local Rules 7.1 or 15.1(a). The Court reminds Plaintiff for a final time that despite being a *pro se* litigant, he still must comply with the Local Rules. *Ghazali v. Morgan*, 46 F.3d 52, 54 (9th Cir. 1995) (*pro se* litigants "are bound by the rules of procedure"). The Court hyperlinked the Local Rules in its last Order but will do so again here.[1] (*See* Doc. 42 at 2, n.1). Per the Court's last order, Plaintiff must substantively respond to Defendants' Motions to Dismiss, (Doc. 35, 36), in a manner *that complies with the Local Rules*. Additionally, if Plaintiff wishes to amend his complaint, he must explain to the Court how his proposed complaint will cure any deficiencies in the SAC and attach a proposed amended complaint, *that complies with the Local Rules*. Failure by Plaintiff to substantively respond in an acceptable format will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

### III.   CONCLUSION

Accordingly,

---

[1] For Plaintiff's reference: Local Rules of Practice and Procedure of the United states District Court for the District of Arizona.

**IT IS ORDERED** that Defendants' Joint Motion to Strike Plaintiff's Response and Proposed Third Amended Complaint, (Doc. 46), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **STRIKE** Plaintiff's Response, (Doc. 44), and Plaintiff Proposed Third Amended Complaint, (Doc. 44-1).

**IT IS FURTHER ORDERED** that Plaintiff shall have fourteen (14) days to resubmit his response to Defendants' Motion to Dismiss, (Doc. 35), in a form that complies with the Court's February 21, 2024 Order, this Order, and the Local Rules.

**IT IS FURTHER ORDERED** that Defendants will have seven (7) days after Plaintiff serves his response to file a reply.

Dated this 5th day of April, 2024.

_James A. Teilborg_
Senior United States District Judge