**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Levi Rosenbaum,<br><br>        Plaintiff,<br><br>v.<br><br>Bank of America NA, Sedgwick Claims Management Services, and Metlife Services and Solution,<br><br>        Defendants. | No. CV-22-02072-PHX-JAT<br><br>**ORDER** |

      Pending before the Court is Plaintiff's Motion to Increase Page Limit to 36 Pages or Greater. (Doc. 49). The Court acknowledges that Plaintiff is having issues with the filing system and may respond to both motions to dismiss, (Docs. 35, 36), in a single filing. However, the Court has already instructed Plaintiff of the Local Rules, block-quoted text from the rules for Plaintiff's convenience, and hyperlinked said rules in multiple orders to ensure Plaintiff has adequate notice of the requirements for filings. Responses are limited to seventeen (17) pages, not eighteen pages as Plaintiff states in his pending motion. Plaintiff will have seventeen pages to respond to each motion in accordance with Local Rule 7.2(e)(1). He may combine the two seventeen-page responses into a single filing, but the Court expects that he will delineate his responses to respond to each motion individually. Thus, the combined filing may not exceed thirty-four (34) pages and must comply with the Local Rules in all other respects. Failure by Plaintiff to substantively respond in compliance with the Local Rules and requirements set out by this Order and the

Court's previous orders will result in a dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Based on the foregoing,

**IT IS ORDERED** that Plaintiff's Motion to Increase Page Limit to 36 pages or Greater, (Doc. 49), is **DENIED**. Plaintiff must file a response in accordance with the requirements of this Order. He may file a total of thirty-four (34) pages in a single filing **only** in his response to Defendants' Motions to Dismiss, (Docs. 35, 36). This does not apply to any future filings. The deadline to respond remains unchanged from the Court's April 5, 2024, Order. (Doc. 48).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for an extension of time to file a proposed third amended complaint or response is **DENIED**.

Dated this 18th day of April, 2024.

James A. Teilborg
Senior United States District Judge