**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Levi Rosenbaum, | No. CV-22-02072-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Bank of America NA, Sedgwick Claims Management Services, and Metropolitan Life Insurance Company, | |
| Defendants. | |

On June 7, 2024, the Court issued an Order that stated the Court "will allow Defendants to move for their attorneys' fees to date." (Doc. 64 p. 3). This statement was not an advance ruling on the merits of Defendants' potential motions for attorney's fees. Thus, Defendants are still required to cite the applicable legal authority upon which they seek the award of attorneys' fees. *See generally* AZ LRCiv 54.2; *Silaev v. Swiss-Am. Trading Corp.*, No. CV-14-02551-PHX-JAT, 2017 WL 394342 (D. Ariz. Jan. 30, 2017), *aff'd*, 732 F. App'x 574 (9th Cir. 2018) (analyzing different bases for sanctions and attorneys' fees including Rule 11 Sanctions, Section 28 U.S.C. § 1927 Sanctions, and Inherent Authority to Sanction).

Accordingly,

**IT IS ORDERED** that Defendants must file a supplement to the pending motions for attorneys' fees (Doc. 73, 74) within 14 days of the date of this Order establishing their entitlement to fees under the relevant authority.

**IT IS FURTHER ORDERED** that Plaintiff may respond to the supplements within 14 days of when they are filed. Any replies are due within 7 days of Plaintiff's response.

**IT IS FURTHER ORDERED** that each supplement shall not exceed 7 pages. Plaintiff may file either 2, 7-page responses or 1, 14-page response. Defendants' replies shall not exceed 5 pages each.

Dated this 12th day of September, 2024.

James A. Teilborg
Senior United States District Judge